AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Wilmer DIAZ | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 25-cv-03359-JRR |
| SANGAM ELLICOTT CITY, LLC<br>SANGAM LLC<br>Zeeshan CHAUDHRY | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANGAM LLC 9 Amiel Court Towson, MD 21286
SERVE ON:
Zeeshan Chaudhry
9 Amiel Court
Towson, MD 21286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore Bruce Godfrey #24596
8757 Georgia Avenue #400
Silver Spring, MD 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/10/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-03359-JRR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>State Department of Assessment and Taxation for Sangam, LLC., Serve On: Zeeshan Chaudhry</u> was received by me on *(date)* <u>Oct 22, 2025</u>.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* <u>Maryland State Department of Assessment and Taxation Agent</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Sangam, LLC., Serve On: Zeeshan Chaudhry</u> on *(date)* <u>Wed, Nov 19 2025</u> ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/19/2025

*Server's signature*

Rodney Getlan

*Printed name and title*

9 Westminster Shopping Center #384, Westminster, MD 21157

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 19, 2025, 12:47 pm EST at State Department of Assessment and Taxation : 123 Market Place, Baltimore, MD 21202 received by SDAT Agent. Age: 40; Ethnicity: African American; Gender: Female; Weight: 135; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: SDAT Agent;
Served a person of suitable age and discretion (over the age of 18) by delivering and leaving a true copy of the document at this location. The person served stated they are authorized to accept service on behalf of the agency named.