AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Wilmer DIAZ <br><br> *Plaintiff(s)* <br> v. <br> SANGAM ELLICOTT CITY, LLC <br> SANGAM LLC <br> Zeeshan CHAUDHRY <br><br> *Defendant(s)* | Civil Action No. 25-cv-03359-JRR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zeeshan CHAUDHRY
9 Amiel Court
Towson, MD 21286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore Bruce Godfrey #24596
8757 Georgia Avenue #400
Silver Spring, MD 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/10/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-03359-JRR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Zeeshan Chaudhry</u> was received by me on *(date)* <u>Oct 22, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Amy Chaundhry</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Thu, Nov 06 2025</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/07/2025

*Server's signature*

Lee Richardson

*Printed name and title*

9 Westminster Shopping Center #384, Westminster, MD 21157

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 24, 2025, 12:23 pm EDT at Home: 9 Amiel Court, Towson, MD 21286
No response to knocking. Appears no one at the address at this time. I left my business card in the door

2) Unsuccessful Attempt: Oct 29, 2025, 5:08 pm EDT at Home: 9 Amiel Court, Towson, MD 21286
This agent knocked on the door at the provided address. There was no response and a note outlining the purpose of my visit and contact number was affixed to the door. The prior note was gone.

3) Unsuccessful Attempt: Nov 1, 2025, 11:55 am EDT at Home: 9 Amiel Court, Towson, MD 21286
I spoke with his daughter, who is 16, and said he is in Florida until Monday.

4) Successful Attempt: Nov 6, 2025, 6:39 pm EST at Home: 9 Amiel Court, Towson, MD 21286 received by Amy Chaundhry.
Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'5"; Hair: Brown;
Served a Person of suitable age and discretion (over the age of 18) by delivering and leaving a true copy of the document at the said premises, being the defendant's place of abode. The person served stated they are a cohabitant at this address.