| Wilmer DIAZ | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND |
|---|---|
| Plaintiff | |
| v. | 1:25-cv-03359-JRR |
| SANGAM ELLICOTT CITY, LLC, et al. | |
| Defendant | |

# REQUEST FOR RULE 41 DEFAULT
# AGAINST DEFENDANT ZEESHAN CHAUDHRY ONLY

Plaintiff, through counsel, requests that the Clerk enter a Rule 41 default against Defendant Zeeshan Chaudhry for the following reasons.

1. Substitute service as permitted by Maryland law, and therefore authorized under Fed. R. Civ. P. 4, took place in this judicial district on November 6, 2025 against Zeeshan Chaudhry through permitted substitute service. Please take reference of ECF 6 (returned summons and service affidavit).

2. Zeeshan Chaudhry had 21 days in which to respond to the Complaint.

3. Zeeshan Chaudhry had 21 days from November 6, 2025, i.e., November 27, 2025. Since that date was a federal holiday, his deadline tolled until November 28, 2025.

4. November 28, 2025 has passed, and no answer, motion or other filing from Mr. Chaudhry or his counsel appears in the court's file, nor

5. Your undersigned proffers that he contacted Mr. Chaudhry by telephone on November 24, 2025, to inquire about an extension of his deadline and other case matters. Your undersigned proffers that Mr. Chaudhry:

    a. stated that he was retaining counsel,

    b. refused to identify the attorney allegedly representing him, and

    c. instructed your undersigned never to call him again.

6. Default is ripe per Rule 4 and Rule 41 against Zeeshan Chaudhry only.

Counsel undersigned thanks the Office of the Clerk for its efforts on this and all matters.

                                            Respectfully submitted,

                                            _____
                                            T. Bruce Godfrey #24596
                                            **Zipin Amster & Greenberg, LLC**
                                            8757 Georgia Avenue #400
                                            Silver Spring, MD 20910
                                            301-587-9373
                                            Fax: 240-839-9142
                                            bgodfrey@zagfirm.com
                                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

        A copy of this paper has been sent on December 1, 2025 by first class mail postage prepaid to each of the following, and filed in ECF on the same date:

    **SANGAM ELLICOTT CITY, LLC**
    10039 Baltimore National Pike Unit A
    Ellicott City, MD 21042

    **SANGAM LLC**
    9 Amiel Court
    Towson, MD 21286

    **Zeeshan CHAUDHRY**
    9 Amiel Court
    Towson, MD 21286

                                            _____
                                            T. Bruce Godfrey