## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Wilmer Diaz**
        **Plaintiff**            \*

       **v.**            \*        Civil Case No.: JRR-25-cv-3359

**Zeeshan Chaudhry**          \*

             \*

        **Defendant**
             \*

         \*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records of Theodore Godfrey that the summons and Complaint were properly served by substitute service upon the above-named Defendant on November 6, 2025, and the time to obtain counsel or otherwise defend expired on November 28, 2025. Said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendant is entered this 1st day of December, 2025.

                                          CATHERINE STAVLAS, CLERK

                          By:        /s/
                                   *R. Carrick*
                                   *Deputy Clerk*