# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Wilmer Diaz | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:25−cv−03359−JRR |
| | * | |
| Sangam Ellicott City, LLC, et al. | * | |
| Defendant(s) | * | |

## NOTICE OF DEFAULT

**To Zeeshan Chaudhry:**

You are hereby notified that an order of default was entered against you in this Court on 12/1/2025. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

December 1, 2025                    By: Russell Carrick
Date                                Deputy Clerk